McDONALD'S CORPORATION *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF FAIRFIELD

The plaintiff's petition for certification for appeal from the Superior Court in the judicial district of Fairfield at Bridgeport is denied by the court.

*Robert H. Rubin,* in support of the petition.

Decided April 1, 1980

FRANK ZANOTTI *v.* CONNECTICUT REAL ESTATE COMMISSION

The defendant's petition for certification for appeal from the Superior Court in the judicial district of Hartford-New Britain at Hartford is denied by the court.

*Timothy O. Fanning,* assistant attorney general, in support of the petition.

*M. Hatcher Norris,* in opposition.

Decided April 1, 1980

VIRGINIA GAGNE *v.* EDWARD W. MAHER, COMMISSIONER OF INCOME MAINTENANCE

The plaintiff's petition for certification for appeal from the Superior Court in the judicial district of Hartford-New Britain at Hartford is granted by the court.

*David C. Shaw,* in support of the petition.

*Paul J. Bakulski,* assistant attorney general, in opposition.

Decided April 1, 1980